**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN THOMPSON, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-01793-CFC |
| v. | ) ) ) | |
| CAMBREX CORPORATION, GREGORY B. BROWN, CLAES GLASSELL, LOUIS J. GRABOWSKY, BERNARD HAMPL, KATHRYN RUDIE HARRIGAN, ILAN KAUFTHAL, STEVEN M. KLOSK, and SHLOMO YANAI, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: May 15, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
 Brian D. Long (#4347)

**OF COUNSEL:**
 Gina M. Serra (#5387)
 300 Delaware Avenue, Suite 1220

**RM LAW, P.C.**
 Wilmington, DE 19801
Richard A. Maniskas
 Telephone: (302) 295-5310
1055 Westlakes Drive, Suite 300
 Facsimile: (302) 654-7530
Berwyn, PA 19312
 Email: bdl@rl-legal.com
Telephone: (484) 324-6800
 Email: gms@rl-legal.com
Facsimile: (484) 631-1305
Email: rm@maniskas.com

*Attorneys for Plaintiff*